No. 55360.—Anglo American Hides Co. et al. v. United States, protests 126244–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55361.—American Meshed Fur Co. et al. v. United States, protests 136206–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.